604 F.2d 647
 Betty CALHOUN et al., Plaintiffs,
v.
UNITED STATES of America et al., Defendants.
 No. 77-2963.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 18, 1979.
 
 Appeal from United States District Court, Southern District of California; William B. Enright, District Judge.
 J. Warren Beall, Oceanside, Cal., Cohn & Pacelli, Tustin, Cal., for plaintiffs.
 Donald F. Shanahan, Asst. U. S. Atty., San Diego, Cal., for defendants.
 Before BROWNING and TANG, Circuit Judges, and MUECKE,* District Judge.
 PER CURIAM:
 
 
 1
 The judgment below is affirmed. Judge Enright's opinion, reported at 475 F.Supp. 1, is adopted as the opinion of this court.
 
 
 
 *
 Honorable C. A. Muecke, United States District Judge of the District of Arizona, sitting by designation